THIBODEAUX v. LANDRY

———

(January 11, 1932. Opinion and Decree.)
(February 15, 1932. Rehearing Refused.)
(March 7, 1932. Opinion and Decree on
Rehearing.)

———

Richard A. Dowling and Gerald Netter, of New Orleans, attorneys for plaintiff, appellant.

W. J. & H. W. Waguespack, of New Orleans, attorneys for defendant, appellee.

WESTERFIELD, J. The plaintiff, Thibodeaux, bought from defendant, Landry, the Gentilly Hotel & Restaurant, its furniture, equipment, etc., for the sum of $2,000, $1,600 of which was paid in cash, and for the remainder, $400, two promissory notes of $200 each were given. This suit is based on these notes.

Defendant contends that the restaurant was warranted to be free from debt, and that, since its acquisition, he has been obliged to pay a number of bills amounting to $164. He has pleaded the aggregate of these items by way of set-off, and was allowed, by the trial court, $137.50 judgment being rendered against him for the remainder. Plaintiff alone has appealed.

Some reference is made in brief to the Bulk Sales Act, No. 270 of 1926, as being of interest here, but that act clearly has no application. Denekamp v. Heisler, 12 La. App. 471, 126 So. 447; Item Company, Ltd., v. National Dyers & Cleaners, Ltd., 15 La. App. 108, 130 So. 879.

As we see it, only an issue of fact is involved, which, after a reading of the record, we are convinced has been correctly determined below.

For the reasons assigned, the judgment appealed from is affirmed.

———

ON REHEARING

PER CURIAM. Upon reconsideration of this case we have concluded to disallow an item of credit of $88, which was recognized in our former decree. Consequently our former decree must be amended so as to read as follows:

It is ordered, adjudged and decreed that there be judgment herein, in favor of the plaintiff, Paul Thibodeaux, and against the defendant, R. O. Landry, in the full sum of four hundred dollars, with 8 per cent per annum interest thereon from July 7, 1930, until paid, and an additional 10 per cent as attorney's fees on the principal and interest thereof, subject to a credit of $49.50.